THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN WILLIAMS, Appellant. [708 NYS2d 673] —Judgment unanimously affirmed. Memorandum: The contention of defendant that his first attorney was ineffective does not survive the waiver of his right to appeal (*see, People v Petgen,* 55 NY2d 529, 534-535, *rearg denied* 57 NY2d 674; *People v Ferguson,* 192 AD2d 800, *lv denied* 82 NY2d 717). The alleged instances of ineffectiveness on the part of defendant's second attorney, raised in the *pro se* supplemental brief, are based upon matters outside the record and thus are not subject to review on direct appeal (*see, People v Ford,* 184 AD2d 1013, *lv denied* 80 NY2d 929).

The contention that defendant was coerced into pleading guilty survives his waiver of the right to appeal (*see, People v De Jesus,* 248 AD2d 1023, *lv denied* 92 NY2d 878). However, by failing to move to withdraw the guilty plea or to vacate the judgment of conviction, defendant has failed to preserve that contention for our review (*see, People v Jeffrey,* 239 AD2d 953, *lv denied* 90 NY2d 894; *People v Martin,* 239 AD2d 800, 801, *lv denied* 90 NY2d 941), and this case does not fall within the narrow exception to the preservation requirement (*see, People v Lopez,* 71 NY2d 662, 666). (Appeal from Judgment of Erie County Court, DiTullio, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Wisner and Hurlbutt, JJ.